UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jose R. Flores, | ) | C/A No. 6:11-2773-JFA-KFM |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| Warden McCabe, Lieber Correctional Institution; Mr. David L. Young, 3rd Judicial District, | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The *pro se* petitioner, Jose Flores, is an inmate at the Lieber Correctional Institution. He brings this action under 28 U.S.C. § 2241 under the Interstate Agreement on Detainers relating to an untried charge of murder from the State of Idaho.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that this matter should be transferred to the United States District Court for the District of Idaho, which has personal jurisdiction over the Attorney General of Idaho. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The petitioner was advised of his right to file objections to the Report and

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

Recommendation, which was entered on the docket on November 1, 2011. However, the petitioner failed to file objections and the deadline within which to do so has expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law and it is incorporated herein by reference.

Accordingly, the Clerk is authorized to transfer this action to the United States District Court for the District of Idaho.

IT IS SO ORDERED.

December 6, 2011                                Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge